Certificate Number: 05781-FLN-DE-041236159

Bankruptcy Case Number: 26-50148



05781-FLN-DE-041236159

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2026, at 11:35 o'clock AM PDT, Sharon Jones completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Florida.

Date:   July 22, 2026                          By:      /s/Allison M Geving

                                               Name:   Allison M Geving

                                               Title:   President